IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NEKELA JANAN MOORE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-cv-1131-E |
| | § | |
| FUNDAMENTAL CLINICAL AND | § | |
| OPERATIONAL SERVICES LLC, | § | |
| | § | |
| Defendant. | § | |

## **JUDGMENT**

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that Plaintiff Nekela Janan Moore's motion for default judgment [Dkt. No. 13] is DENIED and this lawsuit is DISMISSED WITHOUT PREJUDICE.

SIGNED this 10th day of May, 2024.

ADA BROWN
UNITED STATES DISTRICT JUDGE